Thompson E. Antwion # T-[illegible]
High Desert State Prison
P.O. Box 3030
Susanville CA 96127
    Pro Se

E-filing

FILED
[stamp] 2008 MAR 17 PM 3:16
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

The United States District Court
for the Northern District of California

CV 08 1476 JF (PR)

Thompson E. Antwion
Plaintiff
vs.
Warden Felker
Defendant

A Motion for Ineffective Assistance of Counsel (Howard Jameson) AND A Motion to have an Evidentiary Hearing.

To Presiding Judgement/Justice of The U.S. District Court of Northern California, Honorable Justice Jeremy Fogel.

Now Comes, Antwion E. Thompson, Plaintiff in the above entitled matter, pleading the Court to adhere to this Motion of Ineffective Assistance of Counsel (Trial Counsel)

And to Consider this Motion and providing Appealant with Court documents to help, Prove the points raised and Claims.

The foregoing is true and correct.
Signed: Antwion E. Thompson
Dated: 1/25/08

## PROOF OF SERVICE BY PERSON IN STATE CUSTODY

I the undersigned, hereby declare that I am over the age of eighteen (18), and that I am incarcerated at High Desert State Prison in Susanville, California, that [ ] I am [ ] am not a party to this action, and that on the 25th day of January, 2008, I served a true and complete copy of the following:

A Motion for Ineffective Assistance of Counsel (Howard Jameson) Trial Counsel

by handing it to institutional staff with First Class Postage prepaid in full for mailing to the following address(s):

United States District Court
450 Golden Gate Ave
San Francisco CA 94102

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON  1/25/08 , in Susanville, California.

_____    _____
(Print Name)                (Signature)

