1  Antwion E. Thompson CDC# T-68146
2  High Desert State Prison
3  P.O. Box 3030      Case No: 5:05-CV-01264-JF
4  Susanville CA 96127
5  Pro Se
6
7      The United State District Court
8      for The Northern District of California
9

**JF**

10  Antwion E. Thompson      ] A Motion for An Evidentiary
11  Plaintiff                  Hearing
12  V.                                              **(PR)**
13
14  Warden Felker
15     Defendant          ]
16
17     To Presiding Judge/Justice of The U.S. District Court of
18  Northern California, Honorable Justice Jeremy Fogel.
19     Now Comes, Antwion E. Thompson, plaintiff in the above
20  entitled matter, pleading the Court to adhere to this "Motion
21  for An Evidentiary Hearing," To prove My Claims of "Ineffective
22  Assistance of Counsel," and The Evidence that is on Record
23  in the hearing's before and after trail, and any other
24  Records by Judge or Attorney in the above.
25
26        Signature: Antwion E. Thompson
27        Date: 1/18/08

FILED
08 MAR 17 PM 3:16
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE BY PERSON IN STATE CUSTODY

I the undersigned, hereby declare that I am over the age of eighteen (18), and that I am incarcerated at High Desert State Prison in Susanville, California, that [ ] I am [ ] am not a party to this action, and that on the 25 day of January, 200__, I served a true and complete copy of the following:

A Motion for an Evidentary Hearing

by handing it to institutional staff with First Class Postage prepaid in full for mailing to the following address(s):

United State District Court
450 Golden Gate Ave.
San Francisco CA 94102

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON 1/25/08 , in Susanville, California.

Antwion E. Thompson      Antwion Edward Thompson
(Print Name)             (Signature)