NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTWION E. THOMPSON, | ) | No. C 08-1476 JF (PR) |
| | ) | |
| Petitioner, | ) | ORDER CORRECTING |
| | ) | ERRONEOUS FILING; |
| vs. | ) | CLOSING CASE; |
| | ) | INSTRUCTIONS TO CLERK |
| FELKER, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | (Docket Nos. 1, 2) |

Petitioner, a state prisoner proceeding pro se, filed two motions regarding his state court criminal conviction, which were received and opened as a new habeas action pursuant to 28 U.S.C. § 2254 on March 17, 2008. Petitioner has an earlier habeas action pending with the Court in case no. C 05-1264 JF (PR). Petitioner's motion for ineffective assistance of counsel and motion for an evidentiary hearing are related to Petitioner's pending habeas action in case no. C 05-1264 JF (PR). Accordingly, the Clerk is instructed to copy all documents from the instant case and transfer the documents to Petitioner's earlier filed habeas action in case number C 05-1264 JF (PR).

\\\

\\\

\\\

Order Correcting Erroneous filing; Closing Case; Instructions to Clerk
P:\pro-se\sj.jf\hc.08\Thompson476close      1

1   Because the instant case was opened erroneously, the Clerk shall close the file and
2   terminate all pending motions (docket nos. 1, 2).  No filing fee is due because the case
3   was mistakenly opened as a new habeas action.  The Court will review the merits of
4   Petitioner's motions in a separate written order in case number C 05-1264 JF (PR).
5       IT IS SO ORDERED.
6   DATED: 3/20/08
    _____
7                   JEREMY FOGEL
                    United States District Judge

Order Correcting Erroneous filing; Closing Case; Instructions to Clerk
P:\pro-se\sj.jf\hc.08\Thompson476close         2