NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTWION E. THOMPSON, | ) | No. C 08-1476 JF (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| FELKER, Warden, | ) | |
| Respondent. | ) | |

The Court has closed the instant case because the motions filed on March 17, 2008, were mistakenly received and opened in a new habeas action, rather than being filed in Petitioner's pending habeas action in case no. C 05-1264 JF (PR). Accordingly, a judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 3/20/08

JEREMY FOGEL
United States District Judge

Judgment
P:\pro-se\sj.jf\hc.08\Thompson476jud        1